**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: HATHEWAY, LEO E    § | Case No. 11-82086 |
| HATHEWAY, DEBRA J    § | |
| § | |
| Debtor(s)    § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 01:00PM on 01/04/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____    By: ___/s/ STEPHEN G. BALSLEY_____
                              Trustee

STEPHEN G. BALSLEY  
6833 STALTER DRIVE  
ROCKFORD, IL  61108  
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: HATHEWAY, LEO E | § | Case No. 11-82086 |
| HATHEWAY, DEBRA J | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 11,200.00 |
| *and approved disbursements of* | $ 2,910.42 |
| *leaving a balance on hand of* [1] | $ 8,289.58 |
| **Balance on hand:** | $ 8,289.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,289.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,870.00 | 0.00 | 1,870.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,484.00 | 0.00 | 2,484.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,354.00 |
| Remaining balance: | $ 3,935.58 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,935.58 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,935.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,420.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 3,858.78 | 0.00 | 454.41 |
| 2 | Discover Bank | 3,223.52 | 0.00 | 379.60 |
| 3 | HSBC Bank Nevada, N.A. (Bon Ton) | 173.79 | 0.00 | 20.47 |
| 4 | Chase Bank USA, N.A. | 2,584.49 | 0.00 | 304.35 |
| 5 | Chase Bank USA, N.A. | 17,414.53 | 0.00 | 2,050.74 |
| 6 | State Farm Bank | 4,065.22 | 0.00 | 478.72 |
| 7 | Rodney Hodgson | 1,499.49 | 0.00 | 176.58 |
| 8 | World Financial Network National Bank | 600.48 | 0.00 | 70.71 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,935.58 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 11-82086-MB
Leo E Hatheway                                                  Chapter 7
Debra J Hatheway
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0752-3         User: cbachman              Page 1 of 3                  Date Rcvd: Dec 12, 2011
                             Form ID: pdf006             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2011.
db/jdb       +Leo E Hatheway,    Debra J Hatheway,    504 E. King Street,    Polo, IL 61064-1518
17240020     +Allied Business Associates,    PO Box 1600,   Clinton, Iowa 52733-1600
17630775     +Alternative Recovery Management,     A Collection Agency,    8204 Parkway Dr  Ste 9,
               LaMesa, CA 91942-2407
17240021     #+Associated Business Service,    Terry Hoss,   PO Box 449,    Cherry Valley, IL 61016-0449
17565190      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17240022     +Chase Card Service,    PO Box 15298,   Wilmington, DE 19850-5298
17240023     +Chase Card Services,    PO Box 15298,   Wilmington, DE 19850-5298
17240024      David S. Miller,    Baker & Miller, PC,   29 N. Wacker Drive,    Suite 500,
               Chicago, IL 60606-2854
17240026     +Dr. Soreno,    1021 N. Mulford,   Rockford, IL 61107-3877
17240028     +First National Bank of Amboy,    220 E. Main Street,    PO Box 80,   Amboy, IL 61310-0080
17240029     +Freddie Mac,    11109 Sunset Hills,   Reston, VA 20190-5309
17510594     +HSBC Bank Nevada, N.A. (Bon Ton),    Bass & Associates, P.C.,     3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
17240030      HSBC Retail Services,    Bergners,   PO Box 17264,    Baltimore, MD 21297-1264
17240031      J.C. Christensen and Associates,    PO Box 529,   Sauk Rapids, MN 56379
17240032     +Jerry J. Griffin,    PO Box 427,   Forreston, IL 61030-0427
17240033      Jerry J. Griffin,    PO Box 427 Forreston, IL 61030
17240034     +KSB Hospital,    PO Box 737,   Dixon, IL 61021-0737
17240037     ++++MORTGAGE SERVICE CENTER,    1 MORTGAGE WAY,   MOUNT LAUREL NJ  08054-4637
             (address filed with court:   Mortgage Service Center,    3000 Leadenhall Road,
               Mt. Laurel, NJ 08054)
17240036     +Michael D. Fine,    131 South Dearborn Street,   Chicago, IL 60603-5571
17240038     +Nicholes R. Vilmin,    313 S. 2nd Street,   Aptl 10,   Oregon, IL 61061-1827
17240039     +Rebecca L. Hatheway,    313 S. 2nd Street,   Apt. 10,   Oregon, IL 61061-1842
17240040     +Rockford Memorial Hospital,    2400 N. Rockton Avenue,    Rockford, IL 61103-3681
17240041     +Rodney Hodgson,    217 Rison Road,   Greenville, SC 29611-7117
17616596      State Farm Bank,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
17240042      State Farm Bank Financial Cards,    PO Box 2316,   Bloomington, IL 61702-2316
17240043     +Tom Suites,    Attorney at Law,   114 W. Mason,   Polo, IL 61064-1502
17240044      WFNNB,    Fashion Bug/Visa,   Bankruptcy Department,    PO Box 182125,   Columbus, OH 43218-2125
17630774     +Wells Fargo Card Services,    PO Box 5445,   Portland, OR 97228-5445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17323396     +E-mail/Text: bnc@atlasacq.com Dec 13 2011 04:18:09     Atlas Acquisitions LLC,    Attn Avi Schild,
               294 Union St.,   Hackensack, NJ 07601-4303
17240025      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2011 05:05:06     Discover Bank,    12 Reads Way,
               New Castle, DE 19720-1649
17467537      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 13 2011 05:05:06     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17240027      E-mail/Text: BKNOTICES@EAFLLC.COM Dec 13 2011 04:18:46     Equable Ascent Financial, LLC,
               1120 W. Lake Cook Rd, Ste B,   Buffalo Grove, IL 60089-1970
17240035      E-mail/Text: resurgentbknotifications@resurgent.com Dec 13 2011 03:24:09     LVNV Funding LLC,
               PO Box 10584,   Greenville, SC 29603-0584
17714826      E-mail/Text: bnc-alliance@quantum3group.com Dec 13 2011 04:31:26
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-3          User: cbachman           Page 2 of 3              Date Rcvd: Dec 12, 2011
                              Form ID: pdf006          Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2011**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cbachman              Page 3 of 3                   Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2011 at the address(es) listed below:
         Linda A. Giesen   on behalf of Debtor Leo Hatheway lag@hsdixonlaw.com
         Megan G Heeg   on behalf of Creditor Jerry Griffin heeg@egbbl.com
         Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
         Stephen G Balsley   sbalsley@bslbv.com, IL47@ecfcbis.com
         Stephen G Balsley   on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
         TOTAL: 5