# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: HATHEWAY, LEO E                    § Case No. 11-82086
       HATHEWAY, DEBRA J                  §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $96,300.00 *(without deducting any secured claims)* | Assets Exempt: $18,521.00 |
| Total Distribution to Claimants: $3,935.58 | Claims Discharged Without Payment: $53,344.94 |
| Total Expenses of Administration: $7,264.42 | |

　　3) Total gross receipts of $ 11,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,200.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $238,134.08 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,264.42 | 7,264.42 | 7,264.42 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 59,206.05 | 33,420.30 | 33,420.30 | 3,935.58 |
| **TOTAL DISBURSEMENTS** | $297,340.13 | $40,684.72 | $40,684.72 | $11,200.00 |

4) This case was originally filed under Chapter 7 on May 06, 2011. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2012          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1968 Camaro (vintage) (no engine/trans) | 1129-000 | 7,100.00 |
| 1997 Volkswagon Passat | 1129-000 | 700.00 |
| 2001 Yamaha Road Star | 1129-000 | 3,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$11,200.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Freddie Mac | 4110-000 | 164,325.08 | N/A | N/A | 0.00 |
| NOTFILED | Jerry J. Griffin | 4110-000 | 70,500.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Amboy | 4110-000 | 3,309.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$238,134.08** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,870.00 | 1,870.00 | 1,870.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,484.00 | 2,484.00 | 2,484.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Terry Firch | 3610-000 | N/A | 1,680.00 | 1,680.00 | 1,680.00 |
| Terry Firch | 3620-000 | N/A | 1,125.00 | 1,125.00 | 1,125.00 |
| Terry Firch | 3620-000 | N/A | 80.42 | 80.42 | 80.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | -25.00 | -25.00 | -25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,264.42 | 7,264.42 | 7,264.42 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC | 7100-000 | 3,746.00 | 3,858.78 | 3,858.78 | 454.41 |
| 2 | Discover Bank | 7100-000 | 3,573.52 | 3,223.52 | 3,223.52 | 379.60 |
| 3 | HSBC Bank Nevada, N.A. (Bon Ton) | 7100-000 | 214.54 | 173.79 | 173.79 | 20.47 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 3,078.59 | 2,584.49 | 2,584.49 | 304.35 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 17,414.00 | 17,414.53 | 17,414.53 | 2,050.74 |
| 6 | State Farm Bank | 7100-000 | 4,240.00 | 4,065.22 | 4,065.22 | 478.72 |
| 7 | Rodney Hodgson | 7100-000 | 2,517.00 | 1,499.49 | 1,499.49 | 176.58 |
| 8 | World Financial Network National Bank | 7100-000 | 562.18 | 600.48 | 600.48 | 70.71 |
| NOTFILED | Dr. Soreno | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | KSB Hospital | 7100-000 | 460.72 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Card Services | 7100-000 | 13,978.07 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Memorial Hospital | 7100-000 | 625.43 | N/A | N/A | 0.00 |
| NOTFILED | Tom Suites Attorney at Law | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Equable Ascent Financial, LLC | 7100-000 | 8,596.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 59,206.05 | 33,420.30 | 33,420.30 | 3,935.58 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82086  
**Case Name:** HATHEWAY, LEO E  
HATHEWAY, DEBRA J  
**Period Ending:** 04/20/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/06/11 (f)  
**§341(a) Meeting Date:** 06/16/11  
**Claims Bar Date:** 09/22/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence 504 E. King Street, Polo, IL 61064 | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | First State Bank Shannon | 248.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. Household itmes | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Everyday wearing apparel | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wedding ring-tanzanite/diamond | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Old single shotgun 20caliber; old single shotgun | 315.00 | 0.00 | DA | 0.00 | FA |
| 8 | Monthly VA Pension | 421.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2010 Federal Tax refund(pending)   Asset #9 not listed in Amended Schedule B filed August 3, 2011. Debtors received refund prior to filing Chapter 7 bankruptcy and proceeds were paid to a secured creditor. | 2,396.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1968 Camaro(vintage) (no engine/trans)   Listed in original petition with a value of $10,000. Per Amended Schedule B filed August 3, 2011, value listed as $5,500. | 5,500.00 | 5,500.00 | | 7,100.00 | FA |
| 11 | 1993 Kawaski-Ninja | 800.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1996 Harley   Listed in original petition with a value of $8,000. Per Amended Schedule B filed August 3, 2011, value listed as $7,500. | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1997 Volkswagon Passat | 1,200.00 | 1,200.00 | | 700.00 | FA |
| 14 | 2000 GMC 4x4 | 4,500.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2000 Pontiac Bonneville | 2,200.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2001 Yamaha Road Star | 3,700.00 | 3,700.00 | | 3,400.00 | FA |
| 17 | Tools of Trade Mechanical and hand tools | 700.00 | 0.00 | DA | 0.00 | FA |
| 18 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 18 | Assets   Totals (Excluding unknown values) | **$106,700.00** | **$10,400.00** | | **$11,200.00** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-82086  
**Case Name:** HATHEWAY, LEO E  
HATHEWAY, DEBRA J  
**Period Ending:** 04/20/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/06/11 (f)  
**§341(a) Meeting Date:** 06/16/11  
**Claims Bar Date:** 09/22/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** November 29, 2011       **Current Projected Date Of Final Report (TFR):** November 29, 2011 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-82086 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | HATHEWAY, LEO E | | Bank Name: | The Bank of New York Mellon |
| | HATHEWAY, DEBRA J | | Account: | 9200-******61-66 - Checking Account |
| Taxpayer ID #: | **-***5500 | | Blanket Bond: | $373,000.00 (per case limit) |
| Period Ending: | 04/20/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/26/11 | | Action Auctioneering | Proceeds from sale of Camaro, VW Passat, and Yamaha Road Star | | 11,200.00 | | 11,200.00 |
| | {16} | | Sale at auction    3,400.00 | 1129-000 | | | 11,200.00 |
| | {13} | | Sale at auction    700.00 | 1129-000 | | | 11,200.00 |
| | {10} | | Sale at auction    7,100.00 | 1129-000 | | | 11,200.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,175.00 |
| 11/17/11 | 101 | Terry Firch | Auctioneer Fees and Expenses | | | 2,885.42 | 8,289.58 |
| | | | Commission    1,680.00 | 3610-000 | | | 8,289.58 |
| | | | Towing    1,125.00 | 3620-000 | | | 8,289.58 |
| | | | Misc. Expenses    80.42 | 3620-000 | | | 8,289.58 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,264.58 |
| 12/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 8,289.58 |
| 01/04/12 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,484.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,484.00 | 5,805.58 |
| 01/04/12 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,870.00, Trustee Compensation; Reference: | 2100-000 | | 1,870.00 | 3,935.58 |
| 01/04/12 | 104 | Atlas Acquisitions LLC | Dividend paid 11.77% on $3,858.78; Claim# 1; Filed: $3,858.78; Reference: | 7100-000 | | 454.41 | 3,481.17 |
| 01/04/12 | 105 | Discover Bank | Dividend paid 11.77% on $3,223.52; Claim# 2; Filed: $3,223.52; Reference: | 7100-000 | | 379.60 | 3,101.57 |
| 01/04/12 | 106 | HSBC Bank Nevada, N.A. (Bon Ton) | Dividend paid 11.77% on $173.79; Claim# 3; Filed: $173.79; Reference: | 7100-000 | | 20.47 | 3,081.10 |
| 01/04/12 | 107 | Chase Bank USA, N.A. | Dividend paid 11.77% on $2,584.49; Claim# 4; Filed: $2,584.49; Reference: | 7100-000 | | 304.35 | 2,776.75 |
| 01/04/12 | 108 | Chase Bank USA, N.A. | Dividend paid 11.77% on $17,414.53; Claim# 5; Filed: $17,414.53; Reference: | 7100-000 | | 2,050.74 | 726.01 |
| 01/04/12 | 109 | State Farm Bank | Dividend paid 11.77% on $4,065.22; Claim# 6; Filed: $4,065.22; Reference: | 7100-000 | | 478.72 | 247.29 |
| 01/04/12 | 110 | Rodney Hodgson | Dividend paid 11.77% on $1,499.49; Claim# 7; Filed: $1,499.49; Reference: | 7100-000 | | 176.58 | 70.71 |
| 01/04/12 | 111 | World Financial Network National Bank | Dividend paid 11.77% on $600.48; Claim# 8; Filed: $600.48; Reference: | 7100-000 | | 70.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 11,200.00 | 11,200.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,200.00 | 11,200.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $11,200.00 | $11,200.00 | |

{} Asset reference(s)    Printed: 04/20/2012 02:37 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-82086 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | HATHEWAY, LEO E | | Bank Name: | The Bank of New York Mellon |
| | HATHEWAY, DEBRA J | | Account: | 9200-******61-66 - Checking Account |
| Taxpayer ID #: | **-***5500 | | Blanket Bond: | $373,000.00 (per case limit) |
| Period Ending: | 04/20/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- | --- | --- | --- |
| | TOTAL - ALL ACCOUNTS | | | | | |
| | **Checking # 9200-******61-66** | | | **11,200.00** | **11,200.00** | **0.00** |
| | | | | $11,200.00 | $11,200.00 | $0.00 |

{} Asset reference(s)

Printed: 04/20/2012 02:37 PM    V.12.57